USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EGYPTIAN CANADIAN CO., et al.,

                Plaintiffs,

   -against-

SCOPE IMPORTS INC., et al.,

                Defendants.
------------------------------------------------------------------X

**ORDER**

**18-CV-2713 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A call is hereby scheduled for **December 23, 2019 at 10:30 a.m.** to discuss the letters the parties recently filed on ECF. (*See* Doc. Nos. 79 and 80.) Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

SO ORDERED.

Dated: December 19, 2019
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge