USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EGYPTIAN CANADIAN CO., et al.,

          Plaintiffs,

  -against-

SCOPE IMPORTS INC., et al.,

          Defendants.
-----------------------------------------------------------------X

ORDER

18-CV-2713 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the parties' representation that they have settled this matter, the bench trial previously scheduled for **February 4, 2020 at 10:00 a.m.** is hereby adjourned *sine die*. It is further ordered that this action will be dismissed without costs (including attorneys' fees) to either party on **March 4, 2020,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. To be clear, any request that the action not be dismissed **must be filed on or before March 4, 2020**; any request filed thereafter may be denied solely on that basis. The motions at docket numbers 85, 86, 95, 97, and 99 are denied as moot.

**SO ORDERED.**

Dated: February 3, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge