```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

EGYPTIAN CANADIAN CO. and HGM FASHION,

                    Plaintiff,

     -against-

SCOPE IMPORTS INC. and
JEMMA APPAREL INC.,

                    Defendant.

------------------------------------------------------------------X

18-cv-02713 (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On March 2, 2020 this Court granted the parties until April 6, 2020 to file their stipulation of discontinuance. To date, the parties have not filed the stipulation. The parties are hereby directed to file their stipulation of discontinuance by no later than **April 30, 2020**.

**SO ORDERED.**

Dated: New York, New York
       April 10, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge